IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARK RINGLAND,

              Plaintiff,

   vs.

BRENDA L. FAUBER,

              Defendant.

**8:23CV98**

**MEMORANDUM AND ORDER**

On March 23, 2023, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action.  To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.  The Court will enter judgment by a separate document.

Dated this 30th day of May, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge